## McCRORY *v.* MISSISSIPPI.

No. 153, Misc.   Decided February 24, 1969.

*W. S. Moore* for petitioner.

*Joe T. Patterson,* Attorney General of Mississippi, and *G. Garland Lyell, Jr.,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   The judgment is vacated and the case is remanded to the Supreme Court of Mississippi for further consideration in light of *Smith* v. *Hooey, ante,* p. 374.

## BUSH *v.* UNITED STATES.

No. 857, Misc.   Decided February 24, 1969.

*Solicitor General Griswold, Assistant Attorney General Vinson,* and *Jerome M. Feit* for the United States.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.